DENNY v. RADAR INDUSTRIES, INC.

Appeal from Macomb, Howard R. Carroll, J. Submitted Division 2 November 5, 1970, at Detroit. (Docket No. 8,422.) Decided December 2, 1970. Leave to appeal denied March 9, 1971. 384 Mich 813.

Complaint by Lawrence Denny against Radar Industries, Inc., for damages for personal injury. Summary judgment for defendant. Plaintiff appeals. Affirmed.

*Goodman, Eden, Robb, Millender, Goodman & Bedrosian* (*Paul A. Rosen,* of counsel), for plaintiff.

*Martin, Bohall, Joselyn, Halsey & Rowe, P. C.* (*John R. Mullett,* of counsel), for defendant.

Before: Lesinski, C. J., and J. H. Gillis and Beasley,* JJ.

J. H. Gillis, J. The appellant has attempted to distinguish the factual situation in this case from that in *Renfroe* v. *Higgins Rack Coating and Manufacturing Co., Inc.* (1969), 17 Mich App 259. He didn't. We couldn't.

Affirmed. Costs to appellee.

All concurred.

---

* Circuit judge, sitting on the Court of Appeals by assignment.